

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 2 OF KAUFMAN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 21st day of November, 2017, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JOHN W. FEUERBACHER, Appellant | On Appeal from the County Court at Law No. 2, Kaufman County, Texas |
| No. 05-16-01117-CV    V. | Trial Court Cause No. 16C-0010-2. Opinion delivered by Justice Myers. |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee | Justices Francis and Whitehill participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**. It is **ORDERED** that appellee FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE recover its costs of this appeal from appellant JOHN W. FEUERBACHER.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of January, 2018.

_____
LISA MATZ, Clerk